IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TINA HARRINGTON                                                                PLAINTIFF

V.                              NO. 3:10CV00130 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                 DEFENDANT

### ORDER

For good cause shown, Defendant's unopposed motion for extension of time to file his response to Plaintiff's brief (docket entry #12) is GRANTED. The time is extended to, and including, December 29, 2010.

IT IS SO ORDERED this 30th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE