# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TINA HARRINGTON**                                                              **PLAINTIFF**

V.                              NO. 3:10CV00130 BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## JUDGMENT

Tina Harrington's appeal is denied, and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 23rd day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE